IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONELL KING,<br><br>           Plaintiff,<br><br>vs.<br><br>ROB JEFFREYS, Director of the Nebraska Department of Correctional Services, individually and in their Official Capacities; TAGGART BOYD, Warden of the Reception & Treatment Center, individually and in their Official Capacities; and KYLE SIMMONS, Correctional Officer at the Reception & Treatment Center, individually and in their Official Capacities;<br><br>           Defendants. | 4:25CV3022<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Plaintiff's Motion seeking additional time to pay the partial initial filing fee (the "Motion"), Filing No. 13, due by April 28, 2025, as set forth in this Court's prior order, Filing No. 12 (setting the initial partial filing fee as $23.49). While Plaintiff seeks additional time to pay the initial partial filing fee in his Motion, the Court received a $23.49 initial partial filing fee payment from Plaintiff on April 21, 2025. *See* April 21, 2025, text entry. As the initial partial filing fee has already been received, Plaintiff's Motion is denied as moot.

IT IS SO ORDERED.

Dated this 24th day of April, 2025.

BY THE COURT:

*/s/ Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge