IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONELL KING,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROB JEFFREYS, Director of the Nebraska Department of Correctional Services, individually and in their Official Capacities; TAGGART BOYD, Warden of the Reception & Treatment Center, individually and in their Official Capacities; and KYLE SIMMONS, Correctional Officer at the Reception & Treatment Center, individually and in their Official Capacities;<br><br>　　　　　　Defendant. | 8:25CV3022<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on a motion filed by Plaintiff seeking to extend his deadline to file his amended complaint by 14 days. Filing No. 17. As cause, Plaintiff submits that additional time is needed to prepare his amended complaint due to not having received this Court's August 25, 2025, initial review requiring amendment of his Complaint by September 24, 2025. Filing No. 16.

Upon consideration,

**IT IS ORDERED** that:

1. Plaintiff's Motion, Filing No. 17, is granted. Plaintiff shall have until **October 8, 2025**, to file his amended complaint.

2. The Clerk's Office is directed to terminate the previous pro se case management deadline of "September 24, 2025: "check for amended complaint," and to set the following

pro se case management deadline: **October 8, 2025**: check for check for second amended complaint.

      3. Plaintiff is notified that if he seeks additional time to file his amended complaint, he must seek an extension by written motion no later than the October 8, 2025, deadline.

      4. The Clerk's Office is further instructed to mail Plaintiff a copy of this Court's August 25, 2025, Memorandum and Order, Filing No. 16, to Plaintiff along with this order.

Dated this 4th day of September, 2025.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Judge