IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DONELL KING,

            Plaintiff,

    vs.

KYLE SIMMONS, Correctional Officer at the Reception & Treatment Center, in his Individual Capacity;

            Defendant.

**4:25CV3022**

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendant Kyle Simmons' Motion for Enlargement of Time to Respond to Plaintiff's Amended Complaint.  Filing No. 26. Defendant requests that his current deadline of March 17, 2026, to respond to Plaintiff's Amended Complaint be extended by 30 days to April 16, 2026, due to defense counsel's need to gather necessary information to respond to the allegations and counsel's upcoming absence at the time of the current deadline.  Upon consideration and for good cause shown,

IT IS ORDERED that:

1.     Defendant's Motion for Enlargement of Time, Filing No. 26, is granted. Defendant shall have until April 16, 2026, to file a response to the Amended Complaint.

2.     The Clerk of Court is directed to set a pro se case management deadline using the following text: **April 16, 2026**: check for Defendant's answer.

3.     The Clerk of Court is further directed to update the caption to reflect that "Kyle Simmons, Correctional Officer at the Reception & Treatment Center, in his Individual Capacity," is the sole defendant and to remove Colton Goodspeed, Michael

Cordonier, and Amanda Messner as defendants to this action in accordance with the Court's February 17, 2026, Memorandum and Order, Filing No. 21.

Dated this 13th day of March, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge